60 F.3d 647w
 95 Cal. Daily Op. Serv. 5747, 95 Daily Journal
D.A.R. 9802
ALASKA WILDERNESS RECREATION AND TOURISM ASSOCIATION;
Organized Village of Kake; Southeast Alaska Conservation
Council; Natural Resources Defense Council; The Wilderness
Society, Plaintiffs-Appellants,
v.
Gary A. MORRISON, Forest Supervisor, Chatham Area, Tongass
National Forest; Abigail Kimbell, Forest
Supervisor, Stikine Area, Tongass
National Forest; U.S. Forest
Service,
Defendants-Appellees.
Alaska Forest Association, Defendant-Intervenor-Appellee.
 No. 95-35222.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted June 6, 1995.
Decided July 24, 1995.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION